JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LARA WARD, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel. its BOARD OF MEDICAL EXAMINERS, DON ANDREAS, an Individual, PAMELA CASTAGNOLA, an Individual, KIM FRIEDMAN, an Individual, KATI PAYTON, an Individual, TODD RICH, an Individual AND EDWARD COUSINEAU, an Individual; DOES I-X.<br><br>Defendants. | CASE NO.:<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.1-1 the undersigned counsel of record for Lara Ward by and through her attorney, Jenny. L. Foley, Ph.D., Esq. of HKM Employment Attorneys LLP certifies that the following have a direct, pecuniary interest in the outcome of this case.

1. Lara Ward, an Individual;

2. State of Nevada, ex rel. its Board of Medical Examiners, Don Andreas, an Individual, Pamela Castagnola, an Individual, Kim Friedman, an Individual, Kati

Page **1** of **3**

Payton, an Individual and Edward Cousineau, an Individual.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this 14th day of December 2017.

HKM EMPLOYMENT ATTORNEYS LLP

/s/ Jenny L. Foley
**JENNY L. FOLEY, Ph.D., Esq.**
Nevada Bar No. 9017
1785 East Sahara Ave., Suite 325
Las Vegas, Nevada 89104
Tel: (702) 577-3029
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this \_\_14th\_\_ day of December 2017 I caused to be served a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** on the following persons as follows:

\_X\_ by placing the same for mailing in the United States Mail, in a sealed envelope on which first class postage was prepaid in Las Vegas, Nevada and/or

\_X\_ to be sent via electronic filing with the Clerk of the Court using the Court's electronic filing system and serving all parties with an email address of record who have agreed to receive Electronic Service in this action

\_\_\_\_\_ to be hand delivered to the persons and/or addresses below:

_____
An Employee of HKM EMPLOYMENT ATTORNEYS LLP