GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
3185 St. Rose Parkway, Suite 325
Henderson, Nevada 89052
Tel:  (702) 850-0202
Fax:  (702) 850-0204
Email: agolden@garggolden.com

Counsel for Defendant Don Andreas

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARA WARD, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel. its BOARD OF MEDICAL EXAMINERS, DON ANDREAS, an individual, PAMELA CASTAGNOLA, an individual, KIM FRIEDMAN, an individual, KATI PAYTON, an individual, TODD RICH, an individual, EDWARD COUSINEAU, an individual, and DOES I - X,<br><br>Defendants. | CASE NO.:   2:17-cv-03029-JAD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANT DON ANDREAS TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Defendant Don Andreas ("Defendant") and Plaintiff Lara Ward ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Defendant was served with the Summons and Complaint (ECF No. 1) in this case on January 10, 2018, and Defendant's deadline to respond to the Complaint is January 31, 2018.

2. Prior to Defendant being served in this case, the other defendants, which were served earlier, filed a Motion to Dismiss (ECF No. 17), a Motion to Strike (ECF No. 18), and a Motion for a More Definite Statement (ECF No. 19). A hearing on those motions is scheduled for February 5, 2018 (ECF No. 21).

3. To avoid motion or pleading work by Defendant, which could be rendered moot by

GARG GOLDEN LAW FIRM
3185 St. Rose Parkway
Suite 325
Henderson, Nevada 89052
(702) 850-0202

the Court's decision at the hearing on February 5, 2018, Defendant, Plaintiff, and their respective counsel are in agreement that Defendant should have until 14 days after the Court's decision at the February 5, 2018 hearing or 14 days after Plaintiff files an amended complaint if the Court so allows, whichever is later, to respond to the Complaint or an amended complaint in this action.

4. This is the first request for an extension of this deadline. This stipulation is not made for the purposes of delay but is brought in good faith to promote efficiency avoid unnecessary cost.

Dated this 29th day of January, 2018

GARG GOLDEN LAW FIRM

By /s/ Anthony B. Golden
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3185 St. Rose Parkway, Suite 325
Henderson, Nevada 89052
(702) 850-0202
Counsel for Defendant Don Andreas

Dated this 29th day of January, 2018

HKM EMPLOYMENT ATTORNEYS LLP

By /s/ Jenny L. Foley
JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
1785 East Sahara Ave., Suite 325
Las Vegas, Nevada 89104
(702) 625-3893
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

DATED: January 30, 2018

GARG GOLDEN LAW FIRM
3185 St. Rose Parkway
Suite 325
Henderson, Nevada 89052
(702) 850-0202