**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LARA WARD, An Individual )<br><br>Plaintiff, )<br><br>vs. )<br><br>STATE OF NEVADA, ex rel. its BOARD )<br>OF MEDICAL EXAMINERS, DON )<br>ANDREAS, an Individual, PAMELA )<br>CASTAGNOLA, an Individual, KIM )<br>FRIEDMAN, an Individual, KATI )<br>PAYTON, an Individual, TODD RICH, )<br>an Individual AND EDWARD )<br>COUSINEAU, an Individual; DOES I-X. )<br><br>Defendants. )<br>_____ ) | CASE NO.  **2:17-cv-03029**<br><br><br>ECF Nos. 17, 18. 19, 31 |

<u>**STIPULATION AND ORDER RESOLVING PENDING MOTIONS AND AGREEING**</u>
<u>**TO FILE A FIRST AMENDED COMPLAINT**</u>
<u>**(FIRST REQUEST)**</u>

COMES NOW, the Plaintiff, LARA WARD ("Ward"), by and through her attorney,

JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP,

and Defendants, STATE OF NEVADA, ex rel. its BOARD OF MEDICAL EXAMINERS,

PAMELA CASTAGNOLA, KIM FRIEDMAN, KATI PAYTON, and EDWARD

COUSINEAU, by and through their attorney, S. BRETT SUTTON, ESQ., of SUTTON

HAGUE LAW CORPORATION, P.C., hereby stipulate and agree as follows:

/ / /

WHEREAS, on or about January 4, 2018, Defendants filed a Motion to Dismiss, Motion to Strike Scandalous Matter and Motion for a More Definite Statement (collectively "the Motions" or "Motions");

WHEREAS, the Parties have met and conferred extensively with respect to the Motions, and Plaintiff has agreed to file a First Amended Complaint addressing, at least in part, certain of the concerns raised by Defendants' Motions to the satisfaction of all counsel without waiving any rights;

WHEREAS, the Parties agree that the February 5, 2018 hearing that is currently on the Court's calendar should be vacated in light of Plaintiff's agreement to file an amended Complaint as set forth herein

THEREFORE, based on all of the foregoing, the Parties jointly stipulate and respectfully request that the Court issue an Order as follows:

1.     That the February 5, 2018 hearing on Defendants' Motions (ECF Nos. 17-19) be taken off calendar;

2.     That the Plaintiff shall file a First Amended Complaint not later than February 28, 2018, which will:

     a.  List and separately allege each cause of action against each Defendant and will note, in what capacity each Defendant is being sued for each cause of action;

     b.  List the factual predicates of each cause of action in accordance with general rules of pleading;

     c.  Remove the allegations in paragraph 72 a-z of the Complaint;

     d.  Remove the causes of action under NRS and for Negligent Hiring/Supervision.

3.  Plaintiff will provide a copy of the Proposed Amended Complaint to Defendants' counsel for the purposes of discussing any dispute related to the stipulations contained above by February 12, 2018, and the Parties agree to discuss any unresolved issues with respect to the Proposed First Amended Complaint prior to

requesting a hearing date on Defendants' Motions or filing further responsive motions regarding the same.

Dated this 2nd day of February, 2018.

**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

Dated this 2nd day of February, 2018.

**Sutton Hague Law Corporation P.C.**

/s/ S. Brett Sutton
S. Brett Sutton, Esq.
Nevada Bar No. 12109
9600 Gateway Drive, Suite 100
Reno, Nevada 89521
*Attorney for Defendants*

## ORDER

Based on the parties' stipulation [ECF No. 31] and good cause appearing, IT IS HEREBY ORDERED that the pending motions to dismiss, to strike scandalous matter, and for a more definite statement [ECF Nos. 17, 18, 19] are DENIED without prejudice as moot, and the hearing on these motions scheduled for February 5, 2018, is VACATED. Plaintiff must file a First Amended Complaint by February 28, 2018.

_____
U.S. District Judge Jennifer A. Dorsey
February 4, 2018