**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LARA WARD, An Individual<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel. its BOARD OF MEDICAL EXAMINERS, DON ANDREAS, an Individual, PAMELA CASTAGNOLA, an Individual, KIM FRIEDMAN, an Individual, KATI PAYTON, an Individual, TODD RICH, an Individual AND EDWARD COUSINEAU, an Individual; DOES I-X.<br><br>Defendants. | CASE NO. **2:17-cv-03029** -JAD-NJK<br><br>ECF No. 39 |

**STIPULATION AND ORDER RESOLVING PENDING MOTIONS AND AGREEING TO FILE A FIRST AMENDED COMPLAINT**
**(SECOND REQUEST)**

COMES NOW, the Plaintiff, LARA WARD ("Ward"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendants, STATE OF NEVADA, ex rel. its BOARD OF MEDICAL EXAMINERS, PAMELA CASTAGNOLA, KIM FRIEDMAN, KATI PAYTON, and EDWARD COUSINEAU, by and through their attorney, S. BRETT SUTTON, ESQ., of SUTTON HAGUE LAW CORPORATION, P.C., hereby stipulate and agree as follows:

///

WHEREAS, on or about January 4, 2018, Defendants filed a Motion to Dismiss, Motion to Strike Scandalous Matter and Motion for a More Definite Statement (collectively "the Motions" or "Motions");

WHEREAS, the Parties met and conferred extensively with respect to the Motions, and Plaintiff agreed to file a First Amended Complaint addressing, at least in part, certain of the concerns raised by Defendants' Motions to the satisfaction of all counsel without waiving any rights;

WHEREAS, on or about February 5, 2018, the Court entered the Parties' Joint Stipulation and Order concerning the First Amended Complaint by which the Parties agreed, and the Court ordered, that Plaintiff provide a copy of the Proposed Amended Complaint to Defendants' counsel not later than February 12, 2018 for the purposes of discussing any dispute related to the Proposed Amended Complaint before requesting a hearing date on Defendants' Motions, such that Plaintiff would be in a position to file a First Amended Complaint not later than February 28, 2018 after meeting and conferring with Defendants;

WHEREAS, Defendants did not receive a copy of Plaintiff's Proposed First Amended Complaint until February 26, 2018, and as such have not yet had the opportunity to fully meet and confer with Plaintiff about the changes to the Proposed First Amended Complaint, about which Defendants still have serious concerns;

THEREFORE, based on all of the foregoing, the Parties jointly stipulate and respectfully request that the Court issue an Order as follows:

1. Since a continuing dispute exists and both the parties are working on a resolution, it has been agreed to stipulate that the new file date shall be from two weeks from the date of February 28, 2018. That the Plaintiff shall file a First Amended Complaint not later than March 14, 2018, which will:

   a. List and separately allege each cause of action against each Defendant and will note, in what capacity each Defendant is being sued for each cause of action;

  b. List the factual predicates of each cause of action in accordance with general rules of pleading;

  c. Remove the allegations in paragraph 72 a-z of the Complaint;

  d. Remove the causes of action under NRS and for Negligent Hiring/Supervision.

2. Parties agree to discuss any unresolved issues with respect to the Proposed First Amended Complaint prior to requesting a hearing date on Defendants' Motions or filing further responsive motions regarding the same.

Dated this 27th day of February, 2018.    Dated this 27th day of February, 2018.

**HKM Employment Attorneys LLP**    **Sutton Hague Law Corporation P.C.**

/s/ Jenny L. Foley         /s/ Jared Hague
Jenny L. Foley, Esq.        Jared Hague, Esq.
Nevada Bar No. 9017        Nevada Bar No. 12761
1785 East Sahara Ave, Suite 325    9600 Gateway Drive, Suite 100
Las Vegas, Nevada 89104      Reno, Nevada 89521
*Attorney for Plaintiff*        *Attorney for Defendants*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer Dorsey
March 7, 2018