**S. BRETT SUTTON, 12109**
brett@suttonhague.com
**JARED HAGUE, 12761**
jared@suttonhague.com
**ANTHONY E. GUZMAN II, 14373**
anthony@suttonhague.com
**SUTTON HAGUE LAW CORPORATION, P.C.**
6671 S. Las Vegas Blvd., Suite 210
Las Vegas, Nevada 89119
Telephone: (702) 270-3065
Facsimile: (702) 920-8944

Attorneys for Defendants:
STATE OF NEVADA, ex rel. its BOARD OF MEDICAL EXAMINERS,
PAMELA CASTAGNOLA, KIM FRIEDMAN,
KATI PAYTON, TODD RICH and EDWARD COUSINEAU

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARA WARD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEVADA, ex rel. its BOARD OF MEDICAL EXAMINERS, DON ANDREAS, an Individual, PAMELA CASTAGNOLA, an Individual, KIM FRIEDMAN, an Individual, KATI PAYTON, an Individual, TODD RICH, an Individual, AND EDWARD COUSINEAU, an Individual; DOES I - X, <br><br> Defendants. | **Case No.:** 2:17-cv-03029-JAD-NJK <br><br> **STIPULATION AND ORDER REGARDING STAY PENDING DISMISSAL** <br><br> **Complaint Filed:** December 11, 2017 <br><br> **Trial Date:** None set |

Plaintiff, LARA WARD ("Plaintiff") and Defendants, STATE OF NEVADA, ex rel. its BOARD OF MEDICAL EXAMINERS, PAMELA CASTAGNOLA, KIM FRIEDMAN, KATI PAYTON, DON ANDREAS, and EDWARD COUSINEAU ("Defendants") (jointly the "Parties") by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, the Parties attended an Early Neutral Evaluation session on March 30, 2018 before the Honorable Peggy A. Leen, United States Magistrate Judge and reached the terms of an agreement that would resolve the instant action in its entirety, which terms are generally described in a minute order issued by Judge Leen at ECF No. 46, including an agreement that Plaintiff shall continue receiving her salary and health benefits through and including June 1, 2018;

WHEREAS, the Parties are in the process of preparing a long-form Settlement Agreement and Release and desire to avoid expenditure of additional time and resources pending the drafting and execution of the Settlement Agreement in light of the pending deadlines in the action;

THEREFORE, the Parties hereby stipulate and respectfully request that the Court enter an order that the case is STAYED in its entirety, including but not limited to all deadlines related to pleadings, responses to pleadings and any and all deadlines set forth within the Stipulated Discovery Plan at ECF No. 34, through and including June 30, 2018, by which time the Parties anticipate that all preconditions and requirements for Plaintiff to submit a stipulated dismissal with prejudice will have been performed by the Parties.

**Date:** April 6, 2018            SUTTON HAGUE LAW CORPORATION, P.C.


By:    /s/ Jared Hague
       S. BRETT SUTTON
       JARED HAGUE
       ANTHONY E. GUZMAN II
       Attorneys for Defendants
       STATE OF NV BOARD OF MEDICAL
       EXAMINERS, PAMELA CASTAGNOLA,
       KIM FRIEDMAN,
       KATI PAYTON, and EDWARD
       COUSINEAU

| | | |
|---|---|---|
| **Date:** April 6, 2018 | | GARG GOLDEN LAW FIRM |

By: /s/ Anthony Golden
    ANTHONY GOLDEN
    Attorneys for Defendants
    DON ANDREAS

**Date:** April 6, 2018        HKM EMPLOYMENT ATTORNEYS, LLP

By: /s/ Jenny L. Foley
    JENNY L. FOLEY
    Attorney for Plaintiff
    LARA WARD

## ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED, ADJUDGED, AND DECREED that the case is STAYED in its entirety, including but not limited to all deadlines related to pleadings, responses to pleadings and any and all deadlines set forth within the Stipulated Discovery Plan at ECF No. 34, through and including June 30, 2018.

**IT IS SO ORDERED.**

Dated: April 9, 2018.

_____
UNITED STATES DISTRICT JUDGE