**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara Ave., Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LARA WARD, An Individual </br></br> Plaintiff, </br></br> vs. </br></br> STATE OF NEVADA, ex rel. its BOARD OF MEDICAL EXAMINERS, DON ANDREAS, an Individual, PAMELA CASTAGNOLA, an Individual, KIM FRIEDMAN, an Individual, KATI PAYTON, an Individual, TODD RICH, an Individual AND EDWARD COUSINEAU, an Individual; DOES I-X. </br></br> Defendants. | CASE NO. 2:17-cv-03029 </br></br> ECF No. 52 |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LARA WARD and Defendants State of Nevada, ex rel. its Board of Medical Examiners, Don Andreas, an Individual, Pamela Castagnola, an Individual, Kim Freidman, an Individual, Kati Payton, an Individual, Todd Rich, an Individual and Edward Cousineau, an Individual ("DEFENDANTS") by and through their respective counsel, that LARA WARD's complaint against DEFENDANTS be dismissed with prejudice,

each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED:

Dated this 12th day of June, 2018.

**HKM Employment Attorneys LLP**

*/s/ Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave., Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

Dated this 12th day of June, 2018.

**Sutton Hague Law Corporation**

*/s/ Jared Hague*
Jared Hague
Nevada Bar No. 12761
6671 S. Las Vegas Blvd., Suite 210
Las Vegas, Nevada 89119
*Attorney for Defendants*

Dated this 12th day of June, 2018.

**Garg Golden Law Firm**

*/s/ Anthony B. Golden*
Anthony B. Golden
Nevada Bar No. 9563
3185 St. Rose Parkway, Suite 325
Henderson, Nevada 89052
*Attorney for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 52]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 15, 2018